STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CLIFFORD WOODS, a/k/a JAMES WILLIAMS, DEFEND-ANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mrs. Rosemary K. Reavey* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

September 30, 1969. Denied.

ROSEMARIE METTA, AN INFANT BY HER GUARDIAN *AD LITEM*, ANTHONY METTA, *ET AL.*, PLAINTIFFS-RE-SPONDENTS, v. NICHOLAS SPERANZA, *ET AL.*, DE-FENDANTS-PETITIONER.

*Messrs. Lamb, Blake, Hutchinson & Dunne* for the petitioners.

*Mr. Joseph S. Pecora* for the respondents.

September 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GEORGE TAYLOR, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Warren Brody* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

September 30, 1969. Denied.